# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ALAN SHINDERMAN,

              Plaintiff,

vs.

KEITH POLLINS, et al.,

              Defendants.

Case No. 2:12-cv-00507-KJD-PAL

**ORDER**

(Mot. for Status Hrng - Dkt. #28)

Before the court is Defendants' Notice of Discovery Dispute and Request for Status Hearing (Dkt. #28). Upon reviewing the notice,

**IT IS ORDERED** that:

1. The motion for status hearing is **GRANTED**, and a status hearing is scheduled for **June 11, 2013, at 10:00 a.m.**, in Courtroom 3B.

2. Plaintiff shall have until **June 4, 2013,** to file a memo in response.

Dated this 28th day of May, 2013.

Peggy A. Leen
United States Magistrate Judge